**94–1102.** Schoenrade v. Tracy. Board of Tax Appeals, No. 91–X–1365. *Sua sponte,* cause consolidated for oral argument and decision with 94–1245, *infra.*

**94–1245.** Aronson v. Tracy. Board of Tax Appeals, No. 92–H–467. *Sua sponte,* cause consolidated with 94–1102, *supra.*

**95–26.** State v. Farley. *Montgomery County,* No. 8576. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**95–456.** State v. Gadsden. *Stark County,* No. CA–9555. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**95–510.** Meijer, Inc. v. Montgomery Cty. Bd. of Revision. Board of Tax Appeals, Nos. 93–M–731, 93–M–732 and 93–M–733. On motion for admission *pro hac vice* of Michael B. Shapiro. Motion granted.

**95–814.** State v. Brown. *Hamilton County,* No. C–930445. On motion for leave to file delayed appeal of April 1, 1994 judgment. Motion denied.

PFEIFER, J., dissents.

**95–1043.** State ex rel. Harris v. Pub. Emp. Retirement Bd. In Mandamus. On motion for leave to intervene. Motion granted.

On motion to dismiss. *Sua sponte,* alternative writ granted.

DOUGLAS and RESNICK, JJ., dissent and would grant the motion to dismiss.

**95–1062.** State v. White. *Franklin County,* No. 91AP–845. On motion for leave to file delayed appeal. Motion denied.

**95–1072.** State v. Thomas. *Montgomery County,* No. 14289. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**95–1084.** State v. Billings. *Cuyahoga County,* No. 66829. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

**95–1095.** State v. Taylor. *Cuyahoga County,* No. 62692. On motion for leave to file delayed appeal. Motion denied.

**95–1110.** State v. Rash. *Stark County,* No. 94CA223. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–1119.** State v. Tippman. *Allen County,* No. CA940900069. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**95–1133.** State v. Santiago. *Lorain County,* No. 94CA005975. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**95–1153.** Potocnik v. Sifco Industries, Inc. *Cuyahoga County,* No. 66668. On motion to consolidate with 95–944, *Potocnik v. Sifco Industries, Inc.,* Cuyahoga App. No. 66668. Motion granted.

F.E. SWEENEY, J., dissents.

**95–1222.** Byrnes v. LCI Communication Holdings Co. *Franklin County,* Nos. 94APE09–1372 and 94APE09–1396. On motion for admission *pro hac vice* by Steven T. Catlett. Motion granted.